No. 696. SALE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Harry Gershenson* for petitioner. *Solicitor General Soboloff, Acting Assistant Attorney General Rice* and *Harry Baum* for the United States.

No. 698. UNITED STATES EX REL. MARINO *v.* HOLTON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Irving Goodman, Emil M. Caliendo* and *Nathan B. Engelstein* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for respondent.

No. 705. RIESER ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. C. A. 2d Cir. Certiorari denied. *Victor House, Spencer Pinkham, Louis Boehm, Nathan B. Kogan* and *Abraham K. Weber* for petitioners. *Albert R. Connelly, George M. Billings* and *John D. Calhoun* for respondent.

No. 709. PLEASON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner. *Solicitor General Soboloff, Acting Assistant Attorney General Rice, Hilbert P. Zarky* and *Joseph F. Goetten* for respondent.

No. 711. BOARD OF EDUCATION OF HILLSBORO, OHIO, ET AL. *v.* CLEMONS ET AL. C. A. 6th Cir. Certiorari denied. *Timothy S. Hogan* for petitioners. *Constance Baker Motley* and *Thurgood Marshall* for respondents.